**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**MYRA EDWARDS**                                                                 **PLAINTIFF**

**V.**                                        **5:10CV00195 JMM**

**ARKANSAS DEPARTMENT OF CORRECTION
and BOB PARKER, individually and in
his official capacity**                                                          **DEFENDANTS**

<u>**ORDER**</u>

     Pending is Defendants' motion for reconsideration.  (Docket # 50).  For the reasons set

forth in the Court's Order entered September, 20, 2011, Defendants'  motion is denied.

     IT IS SO ORDERED this 4th day of October, 2011.

                                               James M. Moody
                                         United States District Judge