IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MYRA EDWARDS**                                                                         **PLAINTIFF**

**V.**                               **5:10CV00195 JMM**

**ARKANSAS DEPARTMENT OF CORRECTION**                  **DEFENDANT**

### JUDGMENT ON JURY VERDICT

This action came on for trial October 11-12, 2011, before the Court and a jury, the Honorable James M. Moody, United States District Judge presiding.

The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on October 12, 2011, in favor of the defendant.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the plaintiff, Myra Edwards takes nothing on this complaint against Arkansas Department of Correction and the same is hereby dismissed.

Dated this 14th day of October, 2011.

_____
James M. Moody
United States District Judge